Form 148 – ntcdsmcs

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
401 Market Street
Camden, NJ 08102

                Case No.: 20−13745−ABA
                Chapter: 13
                Judge: Andrew B. Altenburg Jr.

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
    Laquan M Evans
    6210 Canary Falls Lane
    Raleigh, NC 27606

Social Security No.:
    xxx−xx−7518

Employer's Tax I.D. No.:

## NOTICE OF ORDER DISMISSING CASE

    NOTICE IS HEREBY GIVEN that an Order Dismissing the above captioned Case was entered on 7/22/20.

    Any discharge which was granted in this case is vacated. All outstanding fees to the Court incurred by the dismissed debtor(s) are due and owing and must be paid within five (5) days from the date of this Order.

    This dismissal may mean that the debtor is ineligible to file another bankruptcy petition for 180 days under 11 U.S.C. § 109(g).


Dated: July 22, 2020
JAN: bc

                                              Jeanne Naughton
                                              Clerk

United States Bankruptcy Court
District of New Jersey

In re:  
Laquan M Evans  
    Debtor

Case No. 20-13745-ABA  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0312-1        User: admin                 Page 1 of 2                    Date Rcvd: Jul 22, 2020
                   Form ID: 148                Total Noticed: 22

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jul 24, 2020.
```
db             +Laquan M Evans,    6210 Canary Falls Lane,    Raleigh, NC 27606-5850
cr             +ACAR Leasing LTD d/b/a GM Financial Leasing,    PO Box 183853,    Arlington, TX 76096-3853
518747514       Amerifinancial Solutions,    PO Box 65018,    Baltimore, MD 21264-5018
518809006      +Bayview Loan Servicing,    Denise Carlon, Esquire,    216 Haddon Avenue, Ste. 406,
                 Westmont, NJ 08108-2812
518767035      +Bayview Loan Servicing, LLC,    Bryan S. Fairman,    ALDRIDGE PITE, LLP,
                 4375 Jutland Drive, Suite 200,    P.O. Box 17933,    San Diego, CA 92177-7921
518747517       Dominic Ashley,    110 Southland Dr,    Henderson, NC 27537-4542
518747519       Go Capital,    516 Gibson Dr,    Roseville, CA 95678-5792
518747521       MRS BPO,    1930 Olney Ave,    Cherry Hill, NJ 08003-2016
518747518     ++NATIONS FIRST CAPITAL DBA GO CAPITAL,    516 GIBSON DR STE 160,    ROSEVILLE CA 95678-5792
                (address filed with court: Go Capital,    910 Pleasant Grove Blvd Ste 120,
                 Roseville, CA 95678-6188)
518778886      +Nations First Capital,    Go Capital,    516 Gibson Dr. Suite 160,    Roseville, CA 95678-5792
518747522       North Carolina Child Support,    PO Box 20800,    Raleigh, NC 27619-0800
518809007      +Santander Consumer USA Inc,    John R. Morton, Jr,    Morton & Craig, LLC,
                 110 Marter Avenue, Suite 301,    Moorestown, NJ 08057-3125
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
smg             E-mail/Text: usanj.njbankr@usdoj.gov Jul 23 2020 00:27:21      U.S. Attorney,    970 Broad St.,
                 Room 502,    Rodino Federal Bldg.,    Newark, NJ 07102-2534
smg            +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Jul 23 2020 00:27:18      United States Trustee,
                 Office of the United States Trustee,    1085 Raymond Blvd.,    One Newark Center,    Suite 2100,
                 Newark, NJ 07102-5235
cr             +EDI: DRIV.COM Jul 23 2020 03:38:00      Santander Consumer USA Inc.,    8585 N. Stemmons Fwy.,
                 Ste 1100-N,    Dallas, TX 75247-3822
518747515      +E-mail/Text: bkmailbayview@bayviewloanservicing.com Jul 23 2020 00:27:43
                 Bayview Loan Servicing,    4425 Ponce de Leon Blvd Fl 5,    Coral Gables, FL 33146-1873
518824646      +E-mail/Text: bkmailbayview@bayviewloanservicing.com Jul 23 2020 00:27:43
                 Bayview Loan Servicing, LLC,    4425 Ponce De Leon Blvd., 5th Floor,
                 Coral Gables, FL 33146-1873
518747516       E-mail/Text: collect@ccsroanoke.com Jul 23 2020 00:27:53      Creditors Collections Services,
                 4530 Old Cave Spring Rd,    Roanoke, VA 24018-3423
518747520       E-mail/Text: support@ljross.com Jul 23 2020 00:27:01      LJ Ross,    4 Universal Way,
                 Jackson, MI 49202-1455
518747523       E-mail/PDF: RACBANKRUPTCY@BBANDT.COM Jul 23 2020 00:35:52      Regional Acceptance,
                 1424 E Fire Tower Rd,    Greenville, NC 27858-4105
518747524       EDI: DRIV.COM Jul 23 2020 03:38:00      Santander Consumer USA,    PO Box 961245,
                 Fort Worth, TX 76161-0244
518797798      +EDI: DRIV.COM Jul 23 2020 03:38:00      Santander Consumer USA, Inc.,    P.O. Box 560284,
                 Dallas, TX 75356-0284
                                                                                               TOTAL: 10
```

        ***** BYPASSED RECIPIENTS *****  
NONE.                                                                                          TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address  
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 24, 2020                               Signature: /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

```
District/off: 0312-1           User: admin              Page 2 of 2              Date Rcvd: Jul 22, 2020
                               Form ID: 148             Total Noticed: 22
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on July 22, 2020 at the address(es) listed below:
              Denise E. Carlon    on behalf of Creditor    BAYVIEW LOAN SERVICING dcarlon@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              Isabel C. Balboa    on behalf of Trustee Isabel C. Balboa ecfmail@standingtrustee.com,
               summarymail@standingtrustee.com
              Isabel C. Balboa     ecfmail@standingtrustee.com,    summarymail@standingtrustee.com
              John R. Morton, Jr.    on behalf of Creditor    Santander Consumer USA Inc. ecfmail@mortoncraig.com,
               mortoncraigecf@gmail.com
              Moshe  Rothenberg    on behalf of Debtor Laquan M Evans moshe@mosherothenberg.com,
               alyson@mosherothenberg.com;ajohn880@gmail.com
              U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov
                                                                                             TOTAL: 6